UNITED STATES of America,
Plaintiff–Appellee,

v.

Nancy KARRSENHOUT, Madjied Ali Samsoedien, a.k.a. Jerry, Angel Soler, Defendants–Appellants.

No. 06–15213.

United States Court of Appeals,
Eleventh Circuit.

March 4, 2008.

Michael Dennis Walsh, Law Offices of Michael Walsh, P.A., Steven Wisotsky, Zuckerman Spaeder LLP, Carlos Fernando Gonzalez, Michael Diaz, Jr., Robert Ira Targ, Diaz, Reus, Rotff, Targ LLP, Miami, FL, for Defendants–Appellants.

Phillip Dirosa, Ft. Lauderdale, FL, Anne R. Schultz, Jeanne Marie Mullenhoff, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before ANDERSON and BARKETT, Circuit Judges, and TRAGER *, District Judge.

PER CURIAM:

Nancy Karrsenhout, Madjied Ali Samsoedien, and Angel Soler appeal their respective convictions for conspiring to launder money in violation of 18 U.S.C. § 1956(h). Karrsenhout and Samsoedien also appeal their respective sentences.

We have reviewed the record and carefully considered the parties' contentions put forth in the briefs and at oral argument. We conclude that the district court committed no reversible error as to either the convictions of Karrsenhout, Samsoedien, and Soler or the sentences of Karrsenhout and Samsoedien.

**AFFIRMED.**